UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CV #: CV 98 1187

UNITED STATES OF AMERICA, ) HON. Allyne R. Ross
        Plaintiff, ) Claim No. C-59866W
         )
        v. )
         )
Merle A. Simon
Aka Merle A. Delandro
        Defendant(s), )
         )
        and )
         )
BROOKDALE University Hospital
Medical Center
        Garnishee )

## GARNISHEE ORDER

The annexed affirmation of Liberatore J. Iannarone, an attorney for the plaintiff, shows that a Writ of Garnishment, directed to the Garnishee, has been duly issued and served upon the Garnishee, or the Garnishee has voluntarily furnished us with employment verification. A copy of the Answer of the Garnishee, or the verification letter will be annexed, stating that the Garnishee had in its possession or his control personal property belonging to and due to the defendant, Merle A. Simon Aka Merle A. Delandro, and that garnishee was indebted to defendant, Merle A. Simon Aka Merle A. Delandro, the sum of $1,349.85 bi-weekly as a result of the garnishees employment of defendant Merle A. Simon Aka Merle A. Delandro.

The defendant, Merle A. Simon Aka Merle A. Delandro, was served with Notice of his/her right to a hearing to determine exempt property as provided for in Section 28 U.S.C., 3205(5) and has not requested a hearing to determine exempt property.

Now, on motion of Mullen & Iannarone, P.C., attorneys for the Plaintiff, it is ordered that the Garnishee pay the sum equal to 25% of the defendant's net disposable weekly earnings to the plaintiff, payments made payable to the U.S. Department of Justice, and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant, Merle A. Simon Aka Merle A. Delandro, or until further Order of the Court.

SO ORDERED;

Dated: 8/5/05

_____
UNITED STATES DISTRICT COURT JUDGE